UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

Case No. 3:24-cr-22-TJC-LLL
8 U.S.C. § 1326(a)

TAMAS HORVATH
   a/k/a Tamas Barany

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about November 27, 2023, in Duval County, in the Middle District of Florida, the defendant,

TAMAS HORVATH,
a/k/a Tamas Barany,

a citizen of Hungary and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed

from the United States on or about May 18, 2022.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

███████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
DAVID B. MESROBIAN
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

Case 3:24-cr-00022-TJC-LLL   Document 1   Filed 02/07/24   Page 2 of 3 PageID 2

FORM OBD-34
2/5/24 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

TAMAS HORVATH
a/k/a Tamas Barany

## INDICTMENT

Violations: 8 U.S.C. § 1326(a)

A true bill,

_____
Foreperson

Filed in open court this 7th day of February, 2024.

_____
Clerk

Bail  $ _____

GPO 863 525