UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 3:24-cr- 22-TJC-LLL

TAMAS HORVATH
  a/k/a Tamas Barany

## MOTION FOR CAPIAS

The United States of America, by Roger B. Handberg, United States Attorney

for the Middle District of Florida, moves this Court to issue a capias for Tamas

Horvath, against whom an indictment was returned in the Jacksonville Division of

the Middle District of Florida.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: _____
DAVID B. MESROBIAN
Assistant United States Attorney
USA No. 188
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310
E-mail: David.mesrobian@usdoj.gov