United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  No. 3:24-cr-22-TJC-LLL

**TAMAS HORVATH**
**A/K/A "TAMAS BARANY"**

_____

**Order Appointing Counsel**

The Court has examined the defendant, **Tamas Horvath**, under oath and found him without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel. The **Office of the Federal Defender** is appointed to represent the defendant.

**Ordered** in Jacksonville, Florida on February 9, 2024.

_____
LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
David Mesrobian, Assistant United States Attorney
Office of the Federal Defender